Commonwealth ex rel. Monroe, Appellant, *v.* Maroney.

Submitted April 13,

718

1964. *Joseph Marvin Monroe, Jr.,* appellant, in propria persona; *W. Bertram Waychoff,* District Attorney, for appellee.

Order affirmed.